IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50129
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELISSA JO BENOIT,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. CR-A-94-149-ALL
- - - - - - - - - -
February 21 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Elissa Jo Benoit appeals her 28-month sentence for making false statements to an insured financial institution and for making false representations regarding a social security number. She contends that the sentencing judge erred in calculating the loss caused by her conduct and in determining her relevant conduct under the Sentencing Guidelines.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed Benoit's brief and the record and conclude that the sentencing judge did not commit reversible error. Accordingly, Benoit's sentence is AFFIRMED.